UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VANIZAN SMITH,                                       :
:
:
Plaintiff,              :
:                        26-cv-3748 (LJL)
-v-                                          :
:                           ORDER
PENSION FUND,                                        :
:
Defendant.             :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2026

LEWIS J. LIMAN, United States District Judge:

The Court held an initial conference in this matter on June 18, 2026.  This Order memorializes the Court's oral ruling at that conference.

Plaintiff shall file any amended complaint by August 17, 2026.  In any amended complaint, Plaintiff must provide a short and plain statement of the relevant facts supporting his claim against the defendant(s).  Plaintiff should include all of the information in the amended complaint that Plaintiff wants the Court to consider in deciding whether the amended complaint states a claim for relief. That information should include:

a) the names and titles of all relevant people;

b) a description of all relevant events, including what each defendant did or failed to do, the approximate date and time of each event, and the general location where each event occurred;

c) a description of the injuries Plaintiff suffered; and

d) the relief Plaintiff seeks, such as money damages, injunctive relief, or declaratory relief.

Plaintiff's amended complaint will completely replace, not supplement, the original complaint.

Following filing of the amended complaint, Defendant may make any motion to dismiss the complaint or for judgment on the pleadings.  Defendant shall produce the administrative record to Plaintiff by June 26, 2026, and file proof of service and the administrative record itself on the docket.

The Clerk of Court is respectfully directed to send a copy of this notice and an information package to the Plaintiff at 376 Greentree Drive, Apt# B-14, East Stroudsburg, PA 18301.  The Court will send a copy of this notice and an information package to the Plaintiff via email at vanizian@gmail.com.

The Clerk of Court is also respectfully directed to update the docket to reflect Plaintiff's physical and email addresses as well as the following telephone number: (718) 496-6716.

SO ORDERED.

Dated: June 18, 2026
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2